IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDMUND K. BRADSHAW,

        Plaintiff,

    v.

KENNETH FELDMAN, et al.,

        Defendants.

Civil No. 06-138-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Plaintiff's request for voluntary dismissal of this action (#7) is GRANTED.

    IT IS SO ORDERED.

    DATED this  27th  day of March, 2006.

                      /s/ Anna J. Brown
                      ANNA J. BROWN
                      United States District Judge

1 - ORDER -

2 - ORDER - P:\Brown-LawClerks\06-138bradshaw0321order.wpd